ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 1 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH WAYNE BIGGINS, 837224,<br>    Petitioner, | )<br>)<br>) |
| v. | )  No. 3:06-CV-1098-B<br>)  ECF |
| NATHANIEL QUARTERMAN, Director<br>TDCJ-CID,<br>    Respondent. | )<br>)<br>)<br>) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this __1st__ day of __Aug.__, 2006.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE